UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:09-CR-1-2H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO DESTROY EVIDENCE |
| | ) | |
| BRUCE WAYNE MILLER | ) | |

For good cause shown, the United States' motion for leave to destroy evidence is hereby GRANTED. The Federal Bureau of Investigation is authorized to destroy the following evidence in this matter: AMT Automag II, .22 caliber magnum pistol, serial number H33976 and magazine containing 6 rounds of .22 caliber ammunition.

SO ORDERED, this 7th day of September, 2011.

MALCOLM J. HOWARD
Senior United States District Judge